FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DANIEL DUANE DODD,

Petitioner,

v.

MICHAEL OBENLAND,

Respondent.

No. 4:18-cv-05163-SMJ

**ORDER DENYING MOTION TO ALTER JUDGMENT**

Before the Court, without oral argument, is Petitioner's Motion to Alter Judgment, ECF No. 14. Respondent did not respond to the motion. The Court determines that this motion should not be construed as a successive habeas petition because it does not raise an argument or ground for relief that was not raised initially. *See Rishor v. Ferguson*, 822 F.3d 482, 492 (9th Cir. 2016). And so, the motion is not subject to the additional restrictions that apply to successive habeas petitions under the Antiterrorism and Effective Death Penalty Act of 1996 and the Court has jurisdiction to rule on the motion.

Altering a judgment under Federal Rule of Civil Procedure 59(e) is an "extraordinary remedy" available only when (1) the Court committed manifest errors of law or fact, (2) the Court is presented with newly discovered or previously

unavailable evidence, (3) the decision was manifestly unjust, or (4) there is an intervening change in the controlling law. *Allstate Ins. Co. v. Herron*, 634 F.3d 1101, 1111 (9th Cir. 2011) (citing *McDowell v. Calderon*, 197 F.3d 1253, 1255 n.1 (9th Cir. 1999) (en banc)). Here, Petitioner argues that the Court should grant his habeas petition, order an evidentiary hearing, or issue a certificate of appealability because there was legal error and manifest injustice. ECF No. 14. But contrary to Petitioner's assertions, he fails to meet the requisite showing and presents the same arguments and authority that the Court already considered previously when ruling on his habeas petition. Having carefully reviewed the motion and the entire file in this matter, the Court is fully informed and denies the motion. The Court's Order Denying Petition, ECF No. 13, still stands in full force notwithstanding Petitioner's disagreement with the outcome.

Accordingly, **IT IS HEREBY ORDERED**:

Petitioner's Motion to Alter Judgment, **ECF No. 14**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Petitioner.

**DATED** this 15th day of March 2019.

SALVADOR MENDOZA, JR.
United States District Judge